**WINDHAM, ADJOURNED SUPERIOR COURT, JANUARY, A. D. 1775.**

HOVEY v. SHUMWAY.

Taking more than lawful interest upon a note, will not avoid it, if at first it was fairly made without any corrupt agreement.

ERROR to reverse a judgment of the County Court in an action brought by Hovey against Shumway, on a note dated January A. D. 1767, for £30 payable in one year, with the lawful interest.

The defendant plead in bar of the action — That at the date of the note, on which etc. it was corruptly agreed by and between the plaintiff and defendant, that the defendant should give to the plaintiff a note for £3, for the interest of said £30, for one year over and above the lawful interest secured by said £30 note; and that at the end of one year he should give another note for £3 5s. for loan and interest, over and above the lawful interest for another year, and seventeen shillings more for the loan and interest of said £30 note for the third year, over and above the lawful interest, secured by said note: And in pursuance of said corrupt agreement, the several notes aforesaid were executed and given, and the note on which, etc. and that there is included in and secured by the note on which

£7 2s. by said corrupt agreement, for the loan and interest of said £30 note over and above the lawful interest.

Plaintiff replies that he ought not to be barred without that, that at the date of the note on which, etc. it was corruptly agreed between the plaintiff and defendant, that the defendant should give a note for the sum of £3, for the loan and interest of said £30 note for one year, over and above the lawful interest; and without that, that the defendant in pursuance of said corrupt agreement, did execute and give said £3 note for the loan and interest of said £30 note, for one year, over and above the lawful interest; and that there is included in and secured by the note on which, etc. £7 2s. or any sum over and above the lawful interest, at 6 per cent. per annum.

To this reply the defendant demurred, and judgment of the County Court was — That the reply was insufficient, and for the defendant to recover his cost.

Error assigned is — That the County Court ought to have adjudged said reply to have been sufficient.

This judgment was reversed in the Superior Court. For by the traverse, the corrupt agreement to give a note for £3, and the giving of such note for loan and interest of the note on which, etc. at the date of it, over and above the lawful interest, for one year is denied, and by the demurrer is laid out of the case.

And the defendant's giving a note for £3 5s. after one year, and paying seventeen shillings after two years, for more than lawful interest, cannot vitiate or avoid the note on which, etc. which appears to have been fairly taken, without any corrupt agreement, or unlawful interest secured at the time of taking it. 5 Vol. Bacon, title Usury.